1  **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
   Mark T. Palin   (AZ State Bar No. 010407)
2  mpalin@aalrr.com
   Marilou F. Mirkovich
3  mmirkovich@aalrr.com
   12800 Center Court Drive, Suite 300
4  Cerritos, CA 90703-9364
   Telephone: (562) 653-3200 • (714) 826-5480
5  Facsimile: (562) 653-3333

6  **RYLEY CARLOCK & APPLEWHITE**
   Jeffrey R. Simmons   (AZ State Bar No. 011096)
7  jsimmons@rcalaw.com
   John M. Fry   (AZ State Bar No. 020455)
8  jfry@rcalaw.com
   Charitie L. Hartsig (AZ State Bar No. 025524)
9  chartsig@rcalaw.com
   One N. Central Avenue, Suite 1200
10 Phoenix, AZ 85004-4417
   Telephone: (602) 258-7701
11 Facsimile: (602) 257-9582

12 Attorneys for Defendant

13                    UNITED STATES DISTRICT COURT

14                          DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra L. McCullough, a single woman, | Case No. 2:10-cv-02035-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Hyundai America Shipping Agency, Inc., | |
| Defendant. | |

Plaintiff Sandra L. McCullough and Defendant Hyundai America Shipping Agency, Inc. ("Hyundai") hereby give notice that a settlement of all claims alleged in this matter has been reached.  The parties anticipate finalizing the settlement, and submitting a stipulation for dismissal with prejudice to the Court, within thirty days.

/././

/././

/././

/././

2404414.1
10/19/12

RESPECTFULLY SUBMITTED this 19th day of October, 2012.

          RYLEY CARLOCK & APPLEWHITE


          By: /s/ Jeffrey R. Simmons
            Jeffrey R. Simmons
            John M. Fry
            Charitie L. Hartsig
            One North Central Avenue, Suite 1200
            Phoenix, Arizona 85004-4417
            Attorneys for Defendant

            - AND –

          LAW OFFICES OF SHAWN E. NELSON, P.C.


          By: /s/Shawn E. Nelson
            19420 North 59th Avenue, Suite B-225
            Glendale, Arizona 85308
            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Shawn E. Nelson
LAW OFFICES OF SHAWN E. NELSON, P.C.
19420 North 59th Avenue, Suite B-225
Glendale, Arizona  85308
Attorney for Plaintiff

DATED this 19th day of October, 2012.

/s/ Darlene Dahl