IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra L. McCullough, a single woman,<br><br>    Plaintiff,<br><br>v.<br><br>Hyundai America Shipping Agency, Inc.,<br><br>    Defendant. | Case No. 2:10-cv-02035-SRB<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

   Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties, and good cause appearing,

   IT IS HEREBY ORDERED that this case shall be dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.

   Dated this 13th day of November, 2012.

_____
Susan R. Bolton
United States District Judge

2400581.1

11/13/12